[No. 12891–4–I. Division One. August 6, 1984.]

GROUND ZERO CENTER FOR NON–VIOLENT ACTION, *Appellant,* v. THE BOARD OF COMMISSIONERS OF KITSAP COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–04744–9, Frank L. Sullivan, J., entered January 28, 1983. *Affirmed in part* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Corbett, J.

[No. 12174–0–I. Division One. August 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER LEE HUBBS, *Defendant,* STEVEN BARRY HUBBS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03791–3, Arthur E. Piehler, J., entered August 27, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.

[No. 11594–4–I. Division One. August 6, 1984.]

JIMANNE L. RAYMOND, *as Executrix, Respondent,* v. DAVID GREER NIELSEN, ET AL, *Appellants,* ROBERT G. TRIPPLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–12583–4, Horton Smith, J., entered March 22, 1982. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Scholfield, J.